[No. 14446-4-I.   Division One.   February 18, 1986.]

HARVEY F. DODSON, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-14783-4, David C. Hunter, J., entered
February 23, 1984. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Scholfield, C.J., and Williams,
J.